# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

KIMBERLY A. WANYO

**Debtor(s)**

U.S. BANK TRUST NATIONAL ASSOC., AS TRUSTEE OF BUNGALOW SERIES III TRUST

**Plaintiff(s)/Movant(s)**

vs.

KIMBERLY A. WANYO,
CHARLES J. DEHART, III, TRUSTEE,

**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 5 - 13 -bk- 05697-JJT

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Hearing on Motion for Relief from Stay

Document #: 44

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Counsel for Movant and Debtor request continuance until November 20, 2018, to further discuss terms of potential settlement.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 10/24/2018

/s/Allison L. Carr

Attorney for Movant

Name: Allison L. Carr

Phone Number: (412) 566-1212

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.