**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** KIMBERLY A. WANYO, | CHAPTER 13 |
| **Debtor(s)** | CASE NO. 5-13-bk-05677-JJT |
| U.S. BANK TRUST NATIONAL ASSOC., AS TRUSTEE OF BUNGALOW SERIES III TRUST | ADVERSARY NO. ___-___-ap-___ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. | Nature of Proceeding: |
| KIMBERLY A. WANYO, CHARLES J. DEHART, III, TRUSTEE | Pleading: Motion for Relief from Stay |
| **Defendant(s)/Respondent(s)** | Document #: 44 and 46 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

✔ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
 ✔ Thirty (30) days.
 ☐ Forty-five (45) days.
 ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 12/18/2018    /s/Allison L. Carr
 Attorney for U.S. Bank Trust N.A. et al

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.