Certificate Number: 06531-PAM-DE-032249976

Bankruptcy Case Number: 13-05697


06531-PAM-DE-032249976

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2019, at 6:59 o'clock PM CST, Kimberly Wanyo completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 4, 2019

By: /s/Jackie Tschetter

Name: Jackie Tschetter

Title: Certified Credit Counselor