Certificate Number: 06531-PAM-DE-032249976

Bankruptcy Case Number: 13-05697


06531-PAM-DE-032249976

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 4, 2019</u>, at <u>6:59</u> o'clock <u>PM CST</u>, <u>Kimberly Wanyo</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 4, 2019</u>　　By: <u>/s/Jackie Tschetter</u>

　　　　　　　　　　　　　　Name: <u>Jackie Tschetter</u>

　　　　　　　　　　　　　　Title: <u>Certified Credit Counselor</u>